ACCEPTED
05-19-00457-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/17/2019 11:07 AM
LISA MATZ
CLERK

**Cause No. 05-19-00457-CV**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
09/17/2019 11:07:21 AM
LISA MATZ
Clerk

**IN THE COURT OF APPEALS
FIFTH DISTRICT OF TEXAS AT DALLAS**

**JACQUELINE SHELBY, TIMOTHY SHELBY AND/OR ALL OTHER OCCUPANTS 6108 LAKE VISTA DRIVE, DALLAS, TEXAS 75249, Appellant**

**v.**

**WELLS FARGO BANK N.A., Appellee**

*On Appeal from County Court of Dallas County, Texas
Number 5
Cause No. CC-19-01373-E*

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

Chad A. Norcross
SBN:24039513
NORCROSS LAW
9288 Wichita Trail
Frisco, Texas 75033
Tel: (214) 368-9300
Fax: (877)-846-3149
chad.norcross@norcrosslaw.com

**Attorney for Appellants
Jacqueline Shelby and Timothy Shelby**

1

Appellant, Jacqueline Shelby and Timothy Shelby asks the court to extend the time to file Appellant's Brief based on the following reasons.

## A.  Introduction and Background Facts

1. Appellant is Jacqueline Shelby and Timothy Shelby and All Other Occupants ("Appellants"); Appellee is Wells Fargo Bank N.A.

2. The undersigned is attorney for Appellants.

3. The time for filing Appellant's Brief initially expired and the Court directed the Appellant to file their brief and motion for extension no later than September 20, 2019.

4. No previous extension requests have been made by Appellant.

5. Appellant requests a 45-day extension of time to file their Appellant's Brief should filing it be necessary in light of the foregoing reasons.

## B.  Argument & Authorities

6. Rule 10.5(b) authorizes Appellant to request an extension of time to file their Appellant's Brief if sufficient reasons exist for doing so.

7. In part, Appellant seeks an extension of the due date to allow the Dallas County Court Clerk the time it needs to supplement the Clerk's Record.  It was discovered that in order to properly put forth the legal arguments, the Court Clerk needs to supplement the record to include omitted items into the Clerk's Record. The Appellant's counsel filed a request today to have the omitted items included in

2

the Supplemented record. Please see attached **Exhibit 001-002** which is hereby incorporated by reference.

8. Additionally, Appellant seeks an extension because Appellee has conveyed the real property subject to this dispute to a third party. Appellant and Appellee need additional time to explore the legal issues involved in light of the fact that Appellee no longer has an interest in the eviction. The Appellee will not be significantly injured by the Appellant's failure to timely file a brief.

9. Finally, the parties are working in good faith toward a resolution of this dispute which may end up resulting in a joint dismissal of this appeal. The parties need additional time to work through the options available.

10. This is the first request for an extension of time to extend the deadline to file Appellant's Brief.

11. The Court has authority to extend the time to file the corrections to Appellant's Brief under Tex. R. App. P. 38.8(a)(1).

12. Appellant requests a 45-day extension of time to file their Appellant's Brief, provide the Court with a status report, or submit an agreed joint dismissal of the appeal.

## C. Conclusion

13. The undersigned, as attorney for Appellants requests an extension of the present deadline of September 20, 2019 to file Appellant's Brief, provide the Court with a status report, or submit an agreed joint dismissal of the appeal.

3

## D.  Prayer

14.     Appellants asks the Court to grant this motion and extend the time for filing their Appellant's Brief for 45-days, provide the Court with a status report, or submit and agreed joint dismissal of the appeal.

Respectfully submitted,

NORCROSS LAW

By: */s/ Chad A. Norcross*
Chad A. Norcross
SBN: 24039513
9288 Wichita Trail
Frisco, Texas 75033
Tel: (214) 368-9300
Fax: (877) 846-3149
chad.norcross@norcrosslaw.com

*Attorney for Appellant*

4

## CERTIFICATE OF CONFERENCE

I hereby certify that on September 16, 2019, I communicated with Appellee's counsel and they are unopposed to this request.

/s/ *Chad A. Norcross*
Chad A. Norcross

## CERTIFICATE OF SERVICE

I certify that on September 16, 2019 a true and correct copy of this document was served by the means indicated below on all parties.

*Via EServe*

Brian D. McGrath
Barrett Daffin Frapper Turner & Engel LLP
4004 Belt Line Road Suite 100
Addison, Texas 75001

/s/ *Chad A. Norcross*
Chad A. Norcross

FILED
9/16/2019 10:16 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

**Chad A. Norcross**
**NORCROSS LAW**
**9288 Wichita Trail**
**Frisco, Texas 75033**
**(214) 368-9300 – Fax (877) 846-3149**
**Attorneys and Counselors at Law**

September 16, 2019

<u>**Via Efile**</u>

Court Clerk
County Court at Law No. 5
George Allen, Sr. Courts Building
600 Commerce Street
Dallas, Texas 75202

      Re:  Cause No. CC-19-01373-E – Wells Fargo Bank, N.A., Plaintiff v. Jacqueline Shelby, Timothy Shelby and/or All Other Occupants, Defendants; In the County Court at Law No. 5, Dallas County, Texas

      <u>**Request for Supplemental Clerk's Record**</u>

Dear Court Clerk:

      On or about July 29, 2019, you filed the Clerk's Record for the above referenced matter into the Fifth Court of Appeals.  In reviewing the Clerk's Record that you filed, it omitted important records that are essential to our appeal that were in the clerk's record.

      I have listed below the documents that were omitted. Please supplement and file all of the pages omitted from the record that are listed below.

Transcript of docket – filed with Clerk on March 4, 2019 from JP Court
Defendant's Original Answer  - filed with Clerk on March 4, 2019 from JP Court
Letter from Court to all parties dated by Court and filed with Clerk on March 4, 2019
Certificated of Written Discovery – filed with Clerk on March 18, 2019
Jury Trial fee – filed with Clerk and paid on March 18, 2019
Notice of Non-Jury Trial Setting dated March 5, 2019, filed with Clerk on March 21, 19

      Please contact me if you have any questions or comments.  I am happy to provide the extra fee associated with this request when you determine the amount.

1

EX - 001

Respectfully Submitted,

NORCROSS LAW
9288 Wichita Trail
Frisco, Texas 75033
Tel.    214-368-9300
Fax.    877-846-3149
chad.norcross@norcrosslaw.com

By:  /s/ *Chad A. Norcross*
    Chad A. Norcross
    Texas Bar No. 24039513

    Attorney for
    Defendant/Appellant

## CERTIFICATE OF SERVICE

I certify that on September 16, 2019, a true and correct copy of the Appellant's Request for Clerk to Supplement the Clerk's Record was served by the following method on the Appellee's counsel pursuant to the method authorized by the TRCP and TRAP.

**Via EServe**

Brian D. McGrath
Barrett Daffin Frapper Turner & Engel LLP
4004 Belt Line Road Suite 100
Addison, Texas 75001

Plaintiff/Appellee's Counsel

       /s/ *Chad A. Norcross*
      Chad A. Norcross

2

EX - 002